IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00026-MSK-BNB

LESLIE KRZYCKI,

Plaintiff,

v.

HEALTHONE OF DENVER, INC., and
DENVER MID-TOWN SURGERY CENTER, LTD.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Opposed Motion to Amend the Scheduling Order and Extend the Dispositive Motions Deadline** [docket no. 18, filed September 7, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is extended to and including **October 12, 2012**.

DATED:  September 7, 2012