**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00026-PAB-BNB

LESLIE KRZYCKI,

      Plaintiff,

v.

HEALTHONE OF DENVER, INC.,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order {Docket No. 41] of Judge Philip A. Brimmer entered on July 25, 2013 it is

**ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 26] is **GRANTED** in part. It is granted with respect to plaintiff's first claim for relief. It is further

**ORDERED** that Plaintiff's second claim for relief is dismissed without prejudice. It is further

**ORDERED** final judgment is hereby entered in favor of the Defendant and against the Plaintiff. It is further

**ORDERED** that Defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  31st  day of July, 2013.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ Edward P. Butler
                                        Edward P. Butler, Deputy Clerk